DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CHAD CHRONISTER, in his official
capacity as Sheriff of Hillsborough County,

Appellant,

v.

REX BONDS and ROSEMARY BONDS,

Appellees.

No. 2D2025-1044

_____

January 28, 2026

Appeal from the Circuit Court for Hillsborough County; Helene L. Daniel, Judge.

Jeffrey D. Jensen, Hillsborough County Sheriff's Office, Tampa, for Appellant.

Theodore "Ted" E. Karatinos of Holliday Karatinos Law Firm, PLLC, Lutz, for Appellees.

PER CURIAM.

Affirmed.

NORTHCUTT, KHOUZAM and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.